UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
DYKER CAR SERVICE, et al., :
:
        Plaintiffs, : **ECF CASE**
:
v. :
: 07 Civ. 9604 (GBD)
MICHAEL CHERTOFF, et al., :
:
        Defendants. : <u>NOTICE OF APPEARANCE</u>
------------------------------------------------------------ x

TO:   Clerk of Court
        United States District Court
        Southern District of New York

        The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:  New York, New York
        November 16, 2007

                          Respectfully submitted,

                          MICHAEL J. GARCIA
                          United States Attorney for the
                          Southern District of New York

                By:   /s/_____
                          NATASHA OELTJEN
                          Assistant United States Attorney
                          86 Chambers Street, 3rd Floor
                          New York, New York 10007
                          Telephone: (212) 637-2769
                          Facsimile: (212) 637-2786
                          Email: natalia.oeltjen@usdoj.gov

TO:   Parker Purcell Waggaman, Esq.
        292 5th Avenue
        New York, NY 10001