DANIELS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

☐ ORIGINAL

---

DYKER CAR SERVICE, A New York Business; MOHAMMED GHONIEM, An Individual; ENELI AVAMAE, An Individual.,

                Plaintiffs,

- against -

MICHAEL CHERTOFF, Secretary, Department of Homeland Security; ROBERT NOVACK, Director, Vermont Service Center, United States Citizenship and Immigration Services.

                Defendants.

Dkt. No. 07 Civ. 9604 (GBD)

JAN 3 0 2008

**STIPULATION AND ORDER**

---

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the above-captioned action is dismissed with prejudice and without costs or attorney's fees to any party.

New York, New York
January 26, 2008

PARKER WAGGAMAN
Attorney for Plaintiff

[signature]

Parker Waggaman, Esq.
292 Fifth Avenue
New York, New York 10001
Tel.  (917) 299-3535
Fax  (212) 613-2283

New York, New York
January 28, 2008

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendant

[signature]

Natasha Oeltjen, Esq.
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.  (212) 637-2769
Fax  (212) 637-2786

SO ORDERED: JAN 3 0 2008

[signature: George B. Daniels]

Hon. George B. Daniels
United States District Judge